# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: WIGHT, GEORGE, SR. | § Case No. 11-84533 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
 327 South Church Street, Room #1100
 Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 05/15/2013 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  03/26/2013    By:  /s/JOSEPH D. OLSEN
                                                                                                         Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: WIGHT, GEORGE, SR. § Case No. 11-84533
  §
  §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 25,497.04 |
| *and approved disbursements of* | $ 251.61 |
| *leaving a balance on hand of* [1] | $ 25,245.43 |
| **Balance on hand:** | $ 25,245.43 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 25,245.43 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 3,299.70 | 0.00 | 3,299.70 |
| Trustee, Expenses - JOSEPH D. OLSEN | 36.99 | 0.00 | 36.99 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 2,325.00 | 0.00 | 2,325.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 5,661.69 |
| Remaining balance: | $ 19,583.74 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 19,583.74 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 19,583.74 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 19,583.74 |

**UST Form 101-7-NFR (10/1/2010)**

Case 11-84533   Doc 42   Filed 03/29/13   Entered 03/31/13 23:33:17   Desc Imaged
Certificate of Notice   Page 5 of 7

Tardily filed claims of general (unsecured) creditors totaling $ 715,934.31 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 2.7 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Winnebago County Responsible | 0.00 | 0.00 | 0.00 |
| 1 -2 | Winnebago County Responsible | 715,934.31 | 0.00 | 19,583.74 |
| | Total to be paid for tardy general unsecured claims: | | $ | 19,583.74 |
| | Remaining balance: | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |
| | Total to be paid for subordinated claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 11-84533-TML
George Wight  Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3     User: cshabez     Page 1 of 2     Date Rcvd: Mar 29, 2013
                     Form ID: pdf006     Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2013.

```
db           +George Wight, Sr.,    31 South Oriole Trail,    Crystal Lake, IL 60014-5820
aty          +Joseph D. Olsen,    Yalden, Olsen & Willette,    1318 East State Street,    Rockford, IL 61104-2228
17947847     +American Express,    20022 No. 31st Avenue,    Phoenix, AZ 85027-3902
17947848     +Attorney Ronald Damashek,    55 W. Monroe, Suite 1200,    Chicago, IL 60603-5127
17947849      Bank of America,    475 Crosspoint Parkway,    Gainesville, NY 14066
17947850     +Cathie Lee Wight,    31 South Oriole Trail,    Crystal Lake, IL 60014-5820
17947851     +Debra Tucker,    1723 No. Halsted Street,    Chicago, IL 60614-5501
17947852     +First Merit,    501 West North Avenue,    Melrose Park, IL 60160-1628
17947853     +George Wight Jr.,    c/o Josh Barney,    323 West Main Street,    Barrington, IL 60010-4275
17947854     +Hamilton Partners,    300 Park Blvd., Suite 500,    Itasca, IL 60143-2635
17947855     +Royal Garden Estates,    6904 Cortez Road W,    Bradenton, FL 34210-6500
17947856      Winnebago County Responsible,    Community Development Corp.,    c/o Faye Lyon, 4815 E. State St.,
               Rockford, IL 61108
18978658      Winnebago County Responsible Community Develpmennt,    c/o Faye Lyon,    4815 E. State Street,
               Rockford, IL  61108
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 31, 2013**                      **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-3          User: cshabez              Page 2 of 2                  Date Rcvd: Mar 29, 2013
                              Form ID: pdf006            Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2013 at the address(es) listed below:

```
              Carole J. Ryczek    on behalf of Trustee Joseph D Olsen carole.ryczek@usdoj.gov
              Craig A Willette    on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
              David A. Newby    on behalf of Interested Party    HP BARRINGTON, LLC dnewby@comanderson.com,
               ejurgenson@comananderson.com
              James E Stevens    on behalf of Debtor George  Wight, Sr. jimstevens@bslbv.com
              Joseph D Olsen    Jolsenlaw@comcast.net,  IL46@ECFCBIS.com
              Joseph D Olsen    on behalf of Trustee Joseph D Olsen jolsenlaw@aol.com,  IL46@ECFCBIS.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                              TOTAL: 7
```